# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA M. HOLLINQUEST,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | Case No. 5:17-cv-01613-SK<br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: November 27, 2018

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE